Accordingly, the order of the Commonwealth Court is affirmed.

CITY OF PHILADELPHIA

v.

WORKERS' COMPENSATION
APPEAL BOARD
(BOWERS).

Petition of Francis Bowers.

Supreme Court of Pennsylvania.

July 19, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 19th day of July, 2000, the Petition for Allowance of Appeal is

---

**12.** As noted in *Vista Int'l Hotel v. WCAB (Daniels)*, 560 Pa. 12, 742 A.2d 649 (1999), recent amendments to the Act may affect employers' burden in this regard for injuries suffered after the effective date. *Id.* at 29 n. 11, 742 A.2d at 658 n. 11.

hereby **GRANTED** and the order of the Commonwealth Court is **REVERSED.** *City of McKeesport v. WCAB,* 560 Pa. 413, 746 A.2d 87 (2000). The matter is **REMANDED** for consideration of the remaining issues raised in Employer's appeal.